AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: CV 10-8400-JFW   DATE FILED: 11/4/2010 | UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION, LOS ANGELES |
| PLAINTIFF<br>THE RICHARD DAWKINS FOUNDATION FOR REASON AND SCIENCE, et al | DEFENDANT<br>JOSH TIMONEN, et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☒ No | DATE RENDERED<br>12/1/2010 |
|---|---|---|
| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>J. Lam | DATE<br>12/1/2010 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

REPORT ON THE FILING OR DETERMINATION
OF AN ACTION OR APPEAL REGARDING
COPYRIGHT
THE RICHARD DAWKINS FOUNDATION FOR
REASON AND SCIENCE, et al, PLAINTIFFS,
v. JOSH TIMONEN, et al, DEFENDANTS.
Case No. CV 10-8400-JFW (FFMx)
Page 2

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  PA 1-609-844 | Atheist Alliance International (AAI) 2007 | Upper Branch Productions Inc. (motion picture) |
| 2  PA 1-646-005 | Pat Condell Anthology Feb. 2007-2008 | Upper Branch Productions Inc. |
| 3  Service Request No. 1-498002501 (10/6/2010) | Growing Up in the Universe | Upper Branch Productions Inc. (Editing, DVD authorship) |
| 4  Service Request No. 1-498002863 (10/6/2010) | The Root of all Evil: The Uncut Interviews | Upper Branch Productions Inc. (motion picture) |
| 5  Service Request No. 1-497608841(10/5/2010) | Discussions with Richard Dawkins: The Four Horsemen | Upper Branch Productions Inc. (motion picture) |
| 6  Service Request No. 1-497607731(10/6/2010) | Root of All Evil? | Upper Branch Productions Inc. (editing/editor, DVD menu music and authorship) |
| 7  Service Request No. 1-498003013(10/6/2010) | Break the Science Barrier | Upper Branch Productions Inc. (motion picture) |
| 8  Service Request No. 1-498003142 (10/6/2010) | The Enemies of Reason | Upper Branch Productions Inc. (motion picture) |
| 9  Service Request No. 1-498003190 (10/6/2010) | The Enemies of Reason Uncut Interviews | Upper Branch Productions Inc. (motion picture) |
| 10 Service Request No. 1-498003248 (10/6/2010) | Discussions with Richard Dawkins: Voices of Science | Upper Branch Productions Inc. (motion picture) |
| 11 Service Request No. 1-498003326 (10/6/2010) | Discussions with Richard Dawkins: Voices of Reason | Upper Branch Productions Inc. (motion picture) |
| 12 Service Request No. 1-498003405 (10/6/2010) | Richard Dawkins Appearances and Events 2007-2008 | Upper Branch Productions Inc. (motion picture) |
| 13 Service Request No. 1-498097849 (10/6/2010) | The Genius of Charles Darwin | Upper Branch Productions Inc. (additional original video footage, DVD artwork, DVD menus, DVD authoring) |
| 14 Service Request No. 1-498097917 (10/6/2010) | The Genius of Charles Darwin The Uncut Interviews | Upper Branch Productions Inc. (DVD artwork, DVD menus, DVD authoring) |
| 15 Service Request No. 1-498097653 (10/6/2010) | The AAI 2009 Conference | Upper Branch Productions Inc. (motion picture) |
| 16 Service Request No. 1-507509171(10/22/2010) | Fire and Brimstone | Coming Home Pictures LLC (motion picture) |

**PROOF OF SERVICE**

Natalie N. Hottle certifies and declares as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 1221 2nd Street, Third Floor, Santa Monica, California 90401, which is located in the city, county, and state where the mailing described below took place.

On November 15, 2010, I served the foregoing entitled document(s) on the interested parties in this action:

    1.   REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

by placing a true and correct copy thereof enclosed in a sealed envelope as follows:

    Blaine Greenberg, Esq.
    3400 Red Rose Drive
    Encino, California 91436

[X]  **(BY FIRST CLASS MAIL)** I deposited such envelope in the United States Mail at Santa Monica, California. The envelope was mailed first-class with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X]  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed November 15, 2010 at Santa Monica, California.

                                        /S/ NATALIE N. HOTTLE
                                        Natalie N. Hottle